IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIANA BRADIE TIMBERLAKE,**
**et al.,**

      *Plaintiffs*,

**v.**                    **Case No.: 4:23cv405-MW/MAF**

**ROUNTREE MOORE NISSAN,**
**et al.,**

      *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. Plaintiffs' motion for transfer of venue, ECF No. 4, is **GRANTED**. The Clerk shall take all steps necessary to **TRANSFER** this action to the Tampa Division of the United States District Court for the Middle District of Florida and

close the file.

**SO ORDERED on October 18, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**